IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| MICHAEL S. PADDLETY, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CIV-14-891-D |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) ) ) ) ) | |
| Defendant. | ) | |

# **ORDER**

This matter comes before the Court on Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b) [Doc. No. 26]. Plaintiff seeks an award of fees in the amount of $19,663.25 to compensate his attorneys for legal services provided in the case. Plaintiff is the prevailing party in this action by virtue of the Amended Judgment entered July 1, 2016 [Doc. No. 22]. Defendant has responded by stating she has no objection to Plaintiff's motion.

The Court finds that the amount of attorney's fees requested is reasonable and Plaintiff's motion should be **GRANTED**. The Court orders an award of attorney fees to Plaintiff pursuant to 42 U.S.C. § 406(b)(1)(A) in the amount of $19,663.25. Because Plaintiff was also awarded attorney's fees in the amount of $5,035.00 under the Equal Access to Justice Act [Doc. No. 25], Plaintiff's counsel is directed to refund the lesser of the two fees to Plaintiff as required by *Gisbrecht v. Barnhart*,

535 U.S. 789, 796 (2002). *See also Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

**IT IS SO ORDERED** this 20th day of November 2017.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE